

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00243-CV

| | | |
|---|---|---|
| Classic C Homes, Inc. d/b/a Classic Century Homes, Classic Century Homes, Ltd., and Classic Century, Inc. | § | From the 67th District Court |
| | § | |
| | § | of Tarrant County (67-259542-12) |
| v. | § | |
| | § | September 17, 2015 |
| Homeowners Management Enterprises, Inc. d/b/a Home of Texas, and Warranty | § | |
| Underwriters Insurance Company | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Classic C Homes, Inc. d/b/a Classic Century Homes, Classic Century Homes, Ltd., and Classic Century, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier